UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CITY OF NEW ORLEANS | CIVIL ACTION |
| VERSUS | NO. 19-8290 |
| APACHE LOUISIANA MINERALS, LLC, et al | SECTION: A |

### ORDER OF RECUSAL

The Court having been informed that the law firm of Jones, Swanson, Huddell & Garrison, LLC represents a party in this case, the Court disqualifies itself from this matter pursuant to 28 U.S.C. § 455(a) and § 455(b).

Accordingly, **IT IS ORDERED** that the above captioned case be **RE-ASSIGNED** to another section of this Court.

New Orleans, Louisiana, this 17th day of April 2019.

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE

4/17/19

**REALLOTTED TO**
**SECT. I**