UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CITY OF NEW ORLEANS** | **CIVIL ACTION** |
| **VERSUS** | **NO: 19-8290** |
| **APACHE LOUISIANA MINERALS ET AL.** | **SECTION: "S"** |

### ORDER OF RECUSAL

Because of a potential conflict of interest, I hereby recuse myself and order that the case be reallotted.

New Orleans, Louisiana, this 26th day of April, 2019.

_____
MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

4/26/19

REALLOTTED TO
**SECT. B**