UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE CITY OF NEW ORLEANS | CIVIL ACTION |
| VERSUS | NO: 19-8290 |
| APACHE LOUISIANA MINERALS, LLC, ET AL. | SECTION: T(2) |

# ORDER

Before the Court is a Motion to Remand[1] filed by the City of New Orleans. The motion is opposed.[2] It has come to the Court's attention that an appeal has been filed with the U.S. Court of Appeals for the Fifth Circuit from an order in *Parish of Cameron v. Auster Oil & Gas Inc*., 2:18-CV-00677, 2019 WL 4734394 (W.D. La. Sept. 26, 2019), which will address issues raised in the Motion to Remand. Accordingly, pursuant to 28 U.S.C. § 1292,

**IT IS ORDERED** that the above-captioned matter is **STAYED** and **ADMINISTRATIVELY CLOSED**. Any party may move to re-open the above-captioned matter in writing within 30 days following resolution of the issues in *Parish of Cameron v. Auster Oil & Gas Inc*., 2:18-CV-00677, 2019 WL 4734394 (W.D. La. Sept. 26, 2019).

**New Orleans, Louisiana**, on this 30th day of January, 2020.

GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 77.
[2] R. Docs. 80, 82, and 94.