UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THE CITY OF NEW ORLEANS | * | CIVIL ACTION NO. 19-CV-8290 |
| | * | |
| | * | SECTION: T(5) |
| VS | * | |
| | * | JUDGE GREG G. GUIDRY |
| | * | |
| APACHE LOUISIANA | * | MAGISTRATE JUDGE NORTH |
| MINERALS, LLC, ET AL. | * | |

**PLAINTIFF'S CONSENT MOTION TO DISMISS
<u>CHEVRON U.S.A. INC. WITH PREJUDICE</u>**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, The City of New Orleans ("Plaintiff"), who hereby moves the Court for an Order dismissing Chevron U.S.A. Inc. with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), each party to bear their own attorneys' fees and costs. Plaintiff reserves all rights against all other defendants.

                Respectfully submitted,

                <u>/s/ Kevin E. Huddell</u>
                Donesia D. Turner (# 23338)
                **City Attorney**
                **City of New Orleans**
                1300 Perdido Street, Suite 5E03
                New Orleans, Louisiana 70112
                Telephone:  (504) 658-9800
                Facsimile:  (504) 658-9868

                Gladstone N. Jones, III (# 22221)
                Kevin E. Huddell (# 26930)
                Thomas F. Dixon (# 38952)
                **Jones Swanson Huddell LLC**
                601 Poydras Street, Suite 2655
                New Orleans, Louisiana 70130

Telephone: (504) 523-2500
Facsimile: (504) 523-2508

Bernard E. Boudreaux, Jr. (# 02219)
John T. Arnold (# 31601)
**Jones Swanson Huddell LLC**
One American Place
301 Main Street, Suite 1920
Baton Rouge, Louisiana 70801
Telephone: (225) 810-3165
Facsimile: (225) 810-3169

James M. Garner (# 19589)
Joshua S. Force (# 21975)
Thomas J. Madigan, II (# 28132)
Brandon Keay (# 36528)
**Sher Garner Cahill Richter Klein & Hilbert, L.L.C.**
909 Poydras Street, 28th Floor
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300

Don A. Rouzan (# 28829)
Dana J. Henry (# 26654)
**Don A. Rouzan & Associates, LLC**
6600 Plaza Drive, Suite 200
New Orleans, Louisiana 70127
Telephone: (504) 821-6605
Facsimile: (504) 821-6683

— and —

J. Michael Veron (# 7570)
Turner D. Brumby (# 33519)
Peyton Pawlicki (# 37826)
**Veron, Bice, Palermo & Wilson, L.L.C.**
721 Kirby St. (70601)
P.O. Box 2125
Lake Charles, Louisiana 70602
Telephone: (337) 310-1600
Facsimile: (337) 310-1601

*Attorneys for Plaintiff*
***THE CITY OF NEW ORLEANS***

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by electronic mail and/or regular mail.

*/s/ Kevin E. Huddell*
Kevin E. Huddell
