UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **THE CITY OF NEW ORLEANS** | * | **CIVIL ACTION NO. 19-CV-8290** |
| | * | |
| | * | **SECTION: T(5)** |
| **VS** | * | |
| | * | **JUDGE GREG G. GUIDRY** |
| | * | |
| **APACHE LOUISIANA** | * | **MAGISTRATE JUDGE NORTH** |
| **MINERALS, LLC, ET AL.** | * | |

**ORDER OF DISMISSAL**

Considering the foregoing Consent Motion to Dismiss Chevron U.S.A. Inc. with Prejudice filed by plaintiff The City of New Orleans ("Plaintiff");

IT IS HEREBY ORDERED that the motion is GRANTED and all claims of Plaintiff against defendant Chevron U.S.A. Inc. are dismissed with prejudice, each party to bear their own attorneys' fees and costs. Plaintiff reserves the right to proceed against all other parties.

New Orleans, Louisiana, this ___ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE
