MINUTE ENTRY
NORTH, M.J.
DECEMBER 8, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NEW ORLEANS CITY | CIVIL ACTION |
| VERSUS | NUMBER: 19-8290 |
| APACHE LOUISIANA MINERALS LLC, ET AL. | SECTION: "T"(5) |

A settlement conference was conducted on this date before the undersigned Magistrate Judge.

    PARTICIPATING: Kevin E. Huddell
               Terrence K. Knister

Negotiations were successful and resulted in the settlement of all claims.

The Court thanks counsel and the parties for their efforts in bringing this matter to an amicable resolution.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HONORABLE GREG G. GUIDRY

MJSTAR (02:00)