**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **THE CITY OF NEW ORLEANS** | * | **CIVIL ACTION NO. 19-CV-8290** |
| | * | |
| | * | **SECTION: T(5)** |
| **VS** | * | |
| | * | **JUDGE GREG G. GUIDRY** |
| | * | |
| **APACHE LOUISIANA MINERALS, LLC, ET AL.** | * * | **MAGISTRATE JUDGE NORTH** |

**STIPULATION OF DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)(A)(ii)**

Plaintiff, The City of New Orleans, and Defendant, Gulf South Pipeline Company, LLC, through undersigned counsel, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that all claims and causes of action asserted in this matter are dismissed with prejudice, with each party to bear its own attorneys' fees and costs. All other defendants have previously been dismissed, and this stipulation resolves the remaining claims.

Respectfully submitted,

*/s/ Kevin E. Huddell*
Donesia D. Turner (# 23338)
**City Attorney**
**City of New Orleans**
1300 Perdido Street, Suite 5E03
New Orleans, Louisiana 70112
Telephone: (504) 658-9800
Facsimile: (504) 658-9868

Gladstone N. Jones, III (# 22221)
Kevin E. Huddell (# 26930)
Thomas F. Dixon (# 38952)
**Jones Swanson Huddell LLC**
601 Poydras Street, Suite 2655

New Orleans, Louisiana 70130
Telephone: (504) 523-2500
Facsimile: (504) 523-2508

Bernard E. Boudreaux, Jr. (# 02219)
John T. Arnold (# 31601)
**Jones Swanson Huddell LLC**
One American Place
301 Main Street, Suite 1920
Baton Rouge, Louisiana 70801
Telephone: (225) 810-3165
Facsimile: (225) 810-3169

James M. Garner (# 19589)
Joshua S. Force (# 21975)
Thomas J. Madigan, II (# 28132)
Brandon Keay (# 36528)
**Sher Garner Cahill Richter Klein & Hilbert, L.L.C.**
909 Poydras Street, 28th Floor
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300

Don A. Rouzan (# 28829)
Dana J. Henry (# 26654)
**Don A. Rouzan & Associates, LLC**
6600 Plaza Drive, Suite 200
New Orleans, Louisiana 70127
Telephone: (504) 821-6605
Facsimile: (504) 821-6683

— and —

J. Michael Veron (# 7570)
Turner D. Brumby (# 33519)
Peyton Pawlicki (# 37826)
**Veron, Bice, Palermo & Wilson, L.L.C.**
721 Kirby St. (70601)
P.O. Box 2125
Lake Charles, Louisiana 70602
Telephone: (337) 310-1600
Facsimile: (337) 310-1601

***Attorneys for Plaintiff***
***THE CITY OF NEW ORLEANS***

-AND-

/s/ *Terrence Knister*
Ewell E. Eagan, Jr, (La. # 5239)
Terrence K. Knister (La. # 7755)
J. Douglas Rhorer (La. # 34052)
**GORDON, ARATA, MONTGOMERY, BARNETT,**
**MCCOLLAM, DUPLANTIS & EAGAN, LLC**
201 St. Charles Avenue, 40th Floor
New Orleans, Louisiana 70170-4000
Telephone: (504) 582-1115
Facsimile: (504) 582-1121
eeagan@gamb.com
tknister@gamb.com
jrhorer@gamb.com

-and-

Adam B. Zuckerman (#25943)
azuckerman@bakerdonelson.com
Lauren Brink Adams (#37052)
lbrink@bakerdonelson.com
**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ, PC**
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000

***Attorneys for Gulf South Pipeline Company, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by electronic mail and/or regular mail.

/s/ *Kevin E. Huddell*
Kevin E. Huddell